# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIKI McGUIRE,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTHWEST AREA SCHOOL DISTRICT; and HUNLOCK CREEK ELEMENTARY SCHOOL<br><br>  Defendants. | CIVIL ACTION NO. 3:11-CV-1022<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 5th day of April, 2012, **IT IS HEREBY ORDERED** that Plaintiff Niki McGuire's Fourteenth Amendment equal protection claim is **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over the remaining state law claims and they are **DISMISSED WITHOUT PREJUDICE** to re-file in state court. The clerk shall docket this case **CLOSED**.

  /s/ A. Richard Caputo
  A. Richard Caputo
  United States District Judge