# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIKI McGUIRE, | CIVIL ACTION NO. 3:11-CV-1022 |
| Plaintiff, | (JUDGE CAPUTO) |
| NORTHWEST AREA SCHOOL DISTRICT; and HUNLOCK CREEK ELEMENTARY SCHOOL | |
| Defendants. | |

## ORDER

**NOW**, this 5th day of April, 2012, **IT IS HEREBY ORDERED** that Plaintiff Niki McGuire's Fourteenth Amendment equal protection claim is **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over the remaining state law claims and they are **DISMISSED WITHOUT PREJUDICE** to re-file in state court. The clerk shall docket this case **CLOSED**.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge